UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60551-CIV-SMITH

CAPELLI TRADE, LLC,

      Plaintiff,

vs.

TRUSTPILOT, INC.,

      Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

This matter is before the Court on Defendant's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) [DE 15]. Plaintiff has not filed a response. Plaintiff's Complaint [DE 1-3] alleges claims of defamation; tortious interference with a business relationship; violation of Florida's Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.201, *et seq.*; and for injunctive relief. Plaintiff's claims are based on ratings and reviews of Plaintiff's business that are posted on Defendant's website. Defendant seeks to dismiss the Complaint because (1) the parties agreed to a forum selection clause that mandates all suits be brought in a New York court; (2) the Court lacks personal jurisdiction over Defendant; and (3) Plaintiff's Complaint fails to state a cause of action.

The Eleventh Circuit has stated that a "party's failure to respond to any portion or claim in a motion indicates such portion, claim or defense is unopposed." *Jones v. Bank of Am., N.A.*, 564 F. App'x 432, 434 (11th Cir. 2014) (quoting *Kramer v. Gwinnett Cnty., Ga.,* 306 F. Supp. 2d 1219, 1221 (N.D. Ga. 2004)). Further, "[w]hen a party fails to respond to an argument or otherwise address a claim, the Court deems such argument or claim abandoned." *Jones*, 564 F.

App'x at 434 (quoting *Hudson v. Norfolk S. Ry. Co.,* 209 F. Supp. 2d 1301, 1324 (N.D. Ga. 2001)). Additionally, under Local Rule 7.1(c)(1), failure to respond to a motion "may be deemed sufficient cause for granting the motion by default." Plaintiff has failed to respond to Defendant's Motion and has not sought an extension to do so. Accordingly, it is

    **ORDERED** that:

    1.    Defendants' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) [DE 15] is **GRANTED.** This case is **DISMISSED without prejudice.**

    2.    All pending motion are **DENIED as moot.**

    3.    This case is **CLOSED.**

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 16th day of August, 2024

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record